RECEIVED
IN LAKE CHARLES, LA

JUL 20 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RANDY L. THOMAS #293777 | : | DOCKET NO. 2:10 CV1704 SECTION "P" |
| VS. | : | JUDGE MINALDI |
| ROBERT HENDERSON, et al. | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the plaintiff's complaint be DENIED and DISMISSED with prejudice for failing to state a claim upon which relief may be granted.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 19 day of July 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE